46998. EMPLOYERS COMMERCIAL UNION et al. v. BEASLEY.

PANNELL, Judge. The evidence being sufficient to support the award of the Board of Workmen's Compensation, and no error of law appearing, the judgment of the superior court affirming the award is affirmed by this court.

*Judgment affirmed. Hall, P. J., and Quillian, J., concur.*
ARGUED MARCH 2, 1972—DECIDED JUNE 8, 1972.

*Savell, Williams, Cox & Angel, John M. Williams, Elmer L. Nash,* for appellants.
*William O. Carter,* for appellee.